Shawn P. Thomas (SBN 302593)
LAW OFFICES OF SHAWN P. THOMAS
1318 Silver Lake Blvd.
Los Angeles, CA 90026
Tel:  (718) 541-7934
Email: SPT@shawnthomas.esq

Maks Shapiro (SBN 325832)
ARDEN LAW FIRM, P.C.
320 N. Palm Drive, Unit 115
Beverly Hills, CA 90210
Tel: (310) 633-5310
Email: mshapiro@arden.law

Attorneys for Plaintiff
JAMES BOLAR, JR.

Jason A. Geller (CA SBN 168149)
E-Mail:  jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
E-Mail:  jaraneda@fisherphillips.com
Rosa Hernandez (CA SBN 344648)
E-Mail:  rhernandez@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNI CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES BOLAR, JR., an individual, | Case No.:  2:25-cv-00214-WBS-JDP |
| Plaintiff, | [*Removed from Sacramento County Superior Court, Case No. 24CV025528*] |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)** |
| WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: December 13, 2024<br>Removal Filed: January 16, 2025<br>Trial Date: Not Set |

1  The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE